UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | 20 Civ. 2903 (KPF) |
|---|---|
| GE/CBPS DATA BREACH LITIGATION | ORDER |

KATHERINE POLK FAILLA, District Judge:

    The Court resolves the motions to be appointed interim class counsel from both counsel for Plaintiff Fowler and Plaintiff Baz (Dkt. #16-20, 26-28), as decided at the hearing on June 11, 2020, at 10:00 a.m.  Accordingly, the Court appoints Joseph I. Marchese of Bursor & Fisher, P.A., Gary M. Klinger of Mason Lietz & Klinger LLP, and Rosemary M. Rivas of Levi & Korsinsky LLP as Co-Lead Interim Class Counsel.

    The Clerk of Court is directed to terminate the motion entries at docket numbers 16 and 17.

    SO ORDERED.

Dated:  June 11, 2020
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge