UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>GE/CBPS DATA BREACH LITIGATION | 20 Civ. 2903 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On April 16, 2020, the Court scheduled an initial pretrial conference for this matter for September 16, 2020.  (Dkt. #9).  Then, on August 10, 2020, Plaintiffs filed their First Amended Complaint.  (Dkt. #38).  Defendants have 60 days, or until October 9, 2020, to answer or otherwise respond to the First Amended Complaint.  (*See* Dkt. #14).  Accordingly, the pretrial conference scheduled for September 16, 2020, is hereby ADJOURNED to **October 21, 2020, at 11:30 a.m.**

SO ORDERED.

Dated:  August 11, 2020
            New York, New York

                                                                KATHERINE POLK FAILLA
                                                                United States District Judge