UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | 20 Civ. 2903 (KPF) |
|---|---|
| GE/CBPS DATA BREACH LITIGATION | ORDER |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference scheduled in this matter for October 21, 2020, at 11:30 a.m. will proceed telephonically. The dial-in information is as follows: At 11:30 a.m. on October 21, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:30 a.m.

SO ORDERED.

Dated: October 16, 2020
New York, New York

                                                                    *Katherine Polk Failla*

                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge