UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | 20 Civ. 2903 (KPF) |
|---|---|
| GE/CBPS DATA BREACH LITIGATION | ORDER |

KATHERINE POLK FAILLA, District Judge:

      The Court held a pretrial conference in this matter on October 21, 2020. In accordance with the Court's discussion with the parties during that conference, the Court hereby sets the briefing schedule for Defendants' combined motion to compel arbitration with respect to Plaintiff Baz's claims and motion to stay proceedings with respect to Plaintiff Fowler's claims as follows: Defendants will file their combined motion to compel and motion to stay on or before **November 5, 2020**; Plaintiffs' opposition is due on or before **December 21, 2020**; and Defendants' reply is due **January 8, 2021**.

      SO ORDERED.

Dated: October 21, 2020
          New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge