# Arnold & Porter

**Kenneth L. Chernof**
+1 202.942.5940 Direct
Ken.Chernof@arnoldporter.com

August 26, 2021

<u>VIA ECF & E-MAIL</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



MEMO ENDORSED

Re:   *In re: GE/CBPS Data Breach Litigation*, No. 20-cv-02903-KPF

Dear Judge Failla:

On behalf of Defendants General Electric Company and Canon Business Process Services, Inc., we write, jointly with Plaintiffs' counsel (collectively, the "Parties"), to inform the Court that the Parties have met and conferred, and have agreed to engage in preliminary settlement discussions, which may lead to mediation of the above-captioned matter.

Given that development, the Parties jointly request a 60-day stay of the case (including any pending deadlines pursuant to the Court's Opinion and Order, ECF No. 72) to allow the Parties to negotiate in good faith and to preserve the Parties' and the Court's resources and avoid burdening the Court and Parties with potentially unnecessary litigation practice during that time.

The Parties agree to submit a status report no later than 60 days from the date of this letter.

Respectfully Submitted,

Kenneth L. Chernof

Copies to:  All Counsel Of Record (via ECF)

Application GRANTED.  The case is STAYED through October 25, 2021.  On or before October 25, 2021, the parties shall submit a letter notifying the Court of the status of their settlement discussions.

Dated: August 26, 2021
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE