# BURSOR & FISHER
### P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

ALEC M. LESLIE
Tel: 646.837.7410
Fax: 212.989.9163
aleslie@bursor.com

December 5, 2022

*Via ECF and E-mail*

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *In Re: GE/CBPS Data Breach Litigation*, Case No. 1:20-cv-2903 (KPF)

Dear Judge Failla:

I represent Plaintiff in the above-referenced matter. I write pursuant to Rule II.D of Your Honor's Individual Rules of Practice in Civil Cases to request a 7-day extension of Plaintiff's deadline to file his reply in support of motion for attorney's fees, expenses, and service award. Plaintiff's current deadline is December 9, 2022. There have been no previous requests to extend this deadline. The reason for the request is to accommodate year-end travel and existing litigation conflicts. Counsel for Defendants stated it would not oppose this request.

Accordingly, Plaintiff respectfully requests the fee reply deadline be extended from December 9, 2022 to December 16, 2022.

Thank you for your consideration to this matter.

Very truly yours,

Alec M. Leslie

cc: All counsel of record (via ECF)