UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GE/CBPS DATA BREACH LITIGATION | Case No. 1:20-cv-02903-KPF |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Steven Fowler ("Plaintiff") hereby moves this Court for final approval of the class action settlement preliminarily approved by this Court on August 24, 2022. Plaintiff respectfully requests that this Court:

1) Grant final certification of the Settlement Class, appoint Plaintiff Steven Fowler as Class Representative, and appoint Milberg Coleman Bryson Phillips Grossman, PLLC, Gibbs Law Group, LLP, and Bursor & Fisher, P.A. as Class Counsel;

2) Approve the requested combined attorneys' fees and expenses in the amount of $479,741.16, and Plaintiff's requested service award in the amount of $1,500;

3) Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

4) Find that the terms of the Settlement Agreement fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

5) Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement; and

6) Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on the Supporting Memorandum filed herewith; the Settlement Administrator Declaration of Jessie T. Montague ("Montague Declaration") in Support of Final Approval filed herewith; the Settlement Agreement entered into between the parties as well as the Notices issued to the Class at ECF 93-1; Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum, Supporting Declarations, and Firm Resumes at ECF 91 – 93-1-4; and Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Service Awards and accompanying documents at ECF 95, 96, 97, 98, 99, 100, and 101, and; all other pleadings and papers on file in this action; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing.

Defendants have filed their motion opposing the relief requested in Paragraph 2 of this Motion. ECF 102-105, 107. Defendants do not oppose the relief requested in Paragraphs 1, or 3-6 of this Motion.

Wherefore, premises considered, Plaintiffs requests that this Court grant this motion and grant the motion for attorneys' fees, costs, and service awards (ECF No. 95).

Dated: February 8, 2023      Respectfully submitted,

/s/ Gary M. Klinger
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

*Attorney for Settling Plaintiffs & the Putative Class*